# AFFIDAVIT OF ROBERT AMADOR, ESQ. IN SUPPORT OF MOTION FOR ADMISSION OF PRO HAC VICE COUNSEL

Pursuant to Local Rule 101.1(c)(1) of the United States District Court for the District of New Jersey, I, Robert Amador, move to be admitted pro hac vice to the bar of this court for the purpose of representing Dennis Hewitt in case 2:11-cv-07327-DRD-MAS, and state as follows:

1. I am a member in good standing of the California State Bar since 2010, the U.S. District Court for Colorado since 2011, and the U.S. District Court for the Eastern District of Michigan since 2012.

2. For each bar of which I am a member, I have attached either a certificate of good standing or the name and address of the official or office maintaining the roll of such members of its bar.

3. I certify that no disciplinary proceedings are pending against me in any jurisdiction and that no discipline has previously been imposed on me in any jurisdiction.

I attest under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted pro hac vice to the bar of the court to appear in the instant matter.

| Date: August 27, 2012 | |
|---|---|
| | _____ |
| | ROBERT AMADOR, ESQ. |

THE STATE BAR
OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 18, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RAMO ROBERT AMADOR, #269168 was admitted to the practice of law in this state by the Supreme Court of California on March 8, 2010; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records



# Certificate of Good Standing

## United States District Court
## District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY

### RAMO ROBERT AMADOR

was duly admitted to practice in said court on
**October 19, 2011**
and is in good standing as a member of the bar of said court.

Dated: July 20, 2012                Gregory C. Langham, Clerk

By: _____
Deputy Clerk

U.S. District Court
Eastern District of Michigan
Clerk's Office
U.S. District Court
231 W. Lafayette Blvd.
Detroit, MI 48226