ANDREA SILVERMAN, PC  55 Madison Avenue, Suite 400
Attorneys at Law  Morristown, New Jersey 07960
973-285-3221  andrea@asilvermanlaw.com

---

Vandenberg Chase and Associates
925-B Peachtree Street, N. E, - Suite 403
Atlanta, GA 30309

RE: **Schwenker v. Vandenberg, Chase & Associates, LLC**
**Case No. 2:11-cv-07327-DRD-PS**

October 1, 2012

To Whom It May Concern,

     Mr. Chris Norman has failed to return phone calls regarding this matter. Please be advised that a telephonic Status Conference has been set for this case at 9:30am on October 5, 2012.

                               Sincerely,

                               ANDREA SILVERMAN, PC

                               By__/s/ Andrea Silverman
                                 Andrea Silverman