UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **DOUGLAS SCHWENKER,** | : | |
| Plaintiff, | : | Civil Action No. 11-7327 (DRD) |
| v. | : | |
| **VANDENBERG, CHASE AND ASSOCIATES, LLC,** | : | ORDER |
| Defendant. | : | |

This matter having come before the court on the motions of Andrea Silverman, attorney for plaintiff Douglas Schwenker, for the pro hac vice admission of Robert Amador pursuant to L. Civ. R. 101.1, dated August 28, 2012 and October 1, 2012;

and the Court having considered the submissions in support of the motions;

and the Court having telephonically advised counsel of record on September 4, 2012 and September 14, 2012 that any motion for pro hac vice admission needed to include a certification from New Jersey counsel of record stating that: (1) whether the motion was unopposed; (2) that counsel of record is a member of this Court in good standing; (3) that counsel of record will be responsible for the conduct of pro hac vice counsel; (4) that counsel of record will continue to sign all pleadings and submissions; (5) that counsel of record will make all court appearances; and (6) that counsel of record will ensure that pro hac vice counsel complies with L. Civ. R. 101.1(c), as well as a certification from pro hac vice counsel stating that: (1) he submits to this Court's disciplinary jurisdiction; (2) he will pay the required clerk's fee; (3) he will make the required payment to the Lawyer's Fund for Client Protection; and (4) he will abide by L. Civ. R. 101.1(c);

and the plaintiff not having timely supplemented the motions;

IT IS THEREFORE ON THIS 1st day of October, 2012

ORDERED that the motions for the pro hac vice admission of Robert Amador [ECF Nos. 12, and 13] are terminated, without prejudice to the filing of an amended motion that complies with this Court's requirements; and

IT IS FURTHER ORDERED that any future communication with the Court in this case shall be made through New Jersey counsel.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**